# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01789-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

NANCIE A. MUNSEY,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

---

## ORDER DIRECTING MOVANT TO CURE DEFICIENCIES

---

    Movant has filed a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 challenging the validity of a Colorado state court criminal conviction. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the motion is deficient as described in this order.  Movant will be directed to cure the following if she wishes to pursue her claims.  Any papers that Movant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   ___   is not on proper form (must use the court's current form)
(9)   ___   names in caption do not match names in caption of complaint, petition or

|      |      | habeas application |
|------|------|---|
| (10) | xx   | other: <u>motion is necessary only if $5.00 filing fee is not paid in advance</u>. |

**Complaint, Petition or Application**:
| (11) | __ | is not submitted |
|------|------|---|
| (12) | xx | is not on proper form (must use 28 U.S.C. § 2254 habeas corpus application form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. ___ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | names in caption do not match names in text |
| (17) | __ | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (18) | __ | other: _____. |

Accordingly, it is

ORDERED that Movant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Movant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Movant shall obtain the court-approved forms at [www.cod.uscourts.gov](www.cod.uscourts.gov). It is

FURTHER ORDERED that, if Movant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED July 9, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge