IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01789-BNB

NANCIE A. MUNSEY,

     Applicant,

v.

JUDGE JEFFREY HOLMES, 18th Judicial District, Elbert County,
JEFFREY OTTO, 18th Judicial District Probation Dept, Littleton Offices, and
JOHN SUTHERS, Attorney General of the State of Colorado,

     Respondents.

_____

ORDER OF DISMISSAL

_____

     Applicant, Nancie A. Munsey, initiated this action by filing *pro se* a Motion to

Vacate Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 1)

challenging the validity of a Colorado state court criminal conviction.  On July 9, 2013,

Magistrate Judge Boyd N. Boland entered an order directing Ms. Munsey to cure certain

deficiencies if she wished to pursue her claims in this action.  Specifically, Magistrate

Judge Boland directed Ms. Munsey to file on the proper form an Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2254 and either to pay the $5.00 filing fee or to

file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Ms. Munsey was warned that the action would be dismissed without further notice if she

failed to cure the deficiencies within thirty days.

     On August 2, 2013, Ms. Munsey filed an Application for a Writ of Habeas Corpus

Pursuant to 28 U.S.C. § 2254 on the proper form (ECF No. 4).  However, she has failed

to cure all of the deficiencies within the time allowed because she failed either to pay the $5.00 filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Applicant files a notice of appeal she also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Motion to Vacate Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 1) and the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 4) are denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Ms. Munsey failed to cure all of the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.  It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this __15th__ day of __August__, 2013.

BY THE COURT:


  s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court