IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01789-LTB

NANCIE A. MUNSEY,

    Applicant,

v.

JUDGE JEFFREY HOLMES, 18th Judicial District, Elbert County,
JEFFREY OTTO, 18th Judicial District Probation Dept, Littleton Offices, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 15, 2013, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this 15 day of August, 2013.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/  S. Grimm
            Deputy Clerk